# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER, | Case No. 1:13-cv-01868-SKO PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTING THAT ACTION PROCEED PURSUANT TO LOCAL 230(L) |
| v. | |
| K.SIGSTON, et al., | |
| Defendants. | (Doc. 3) |

Plaintiff Brent Adler, who is proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 18, 2013. Plaintiff seeks leave to proceed in forma pauperis. 28 U.S.C. § 1915(a)(1). Plaintiff has made the requisite showing and his application is HEREBY GRANTED.[1] *Id.*

Plaintiff is proceeding pro se and this action involves past conditions of confinement at California Correctional Institution in Tehachapi. Although Plaintiff is no longer incarcerated, Local Rule 230(*l*) shall apply to this case. *Hunt v. County of Orange*, 672 F.3d 606, 616 (9th Cir.

///

///

///

///

---

[1] Plaintiff's application was missing the second page, but the Court takes judicial notice of the completed application filed on the same day in case number 1:13-cv-01867-SKO PC.

1  2012) (district courts have broad discretion to manage course of litigation); *U.S. v. Batiste*, 868

2  F.2d 1089, 1091 n.4 (9th Cir. 1989) (district courts have broad discretion to manage calendars).

IT IS SO ORDERED.

| Dated: | **November 25, 2013** | /s/ **Sheila K. Oberto** |
|---|---|---|
| | | UNITED STATES MAGISTRATE JUDGE |